UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICK ELTIZAM,<br><br>      Plaintiff,<br><br>   v.<br><br>THE CITY OF LAS VEGAS POLICE DEPARTMENT,<br><br>      Defendant. | Case No. 2:16-cv-01178-APG-CWH<br><br>**ORDER** |

The parties in this matter have not filed a discovery plan, or notified the Court of any issues regarding discovery. Federal Rule of Civil Procedure 26(f) requires that parties must confer as soon as is practicable in order to prepare a discovery plan and scheduling order. Under Local Rule 26-1(a), the plaintiff must initiate scheduling of the 26(f) conference within 30 days after the first defendant answers or otherwise appears. Here, Defendant answered on August 23, 2016 (ECF No. 8).

IT IS THEREFORE ORDERED that, no later than January 19, 2017, Plaintiff must initiate a scheduling conference in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.

DATED: December 19, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge