# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICK ELTIZAM,<br><br>      Plaintiff,<br><br>    v.<br><br>THE CITY OF LAS VEGAS POLICE DEPARTMENT,<br><br>      Defendant. | Case No. 2:16-cv-01178-APG-CWH<br><br>**ORDER** |

On December 19, 2016, this Court ordered (ECF No. 17) Plaintiff to initiate a scheduling conference in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 no later than January 19, 2017. After Plaintiff failed to initiate a scheduling conference, this Court ordered (ECF No. 18) Plaintiff to show cause, in writing, why he failed to comply with the Court's order.

On January 30, 2017, Plaintiff responded (ECF No. 19) to the Court's show cause order, explaining that he had not received anything in the mail from the Court. Regardless of whether Plaintiff received the order, he remains responsible under Local Rule 26-1 for initiating a scheduling conference with Defendant.

IT IS THEREFORE ORDERED that no later than February 15, 2017, Plaintiff must initiate a scheduling conference with Defendant, and notify the Court, in writing, when he has done so.

IT IS FURTHER ORDERED that failure to comply with this order may result in the Court recommending dismissal of Plaintiff's case.

DATED: February 1, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge