**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICK ELTIZAM, | Case No. 2:16-cv-01178-APG-CWH |
| Plaintiff, | |
| v. | |
| THE CITY OF LAS VEGAS POLICE DEPARTMENT, | **ORDER** |
| Defendant. | |

Presently before the Court are Plaintiff's motions for relief (ECF Nos. 16, 26, and 31), filed on December 14, 2016, March 20, 2017, and April 20, 2017. Defendants have not filed a response.

These motions are difficult to decipher, but Plaintiff seems to be making the same allegations, and requesting the same relief, as detailed in his original complaint (ECF No. 4). Each describes an incident between Plaintiff and the Las Vegas Metropolitan Police Department, which led to Plaintiff's arrest and incarceration. Plaintiff alleges various violations of his constitutional rights, and demands for damages in the amount of at least $5,000,000. The Court will construe these allegations as proposed supplements to the complaint. However, upon review of the motions, the Court finds no information or allegation not already contained in the original complaint.

Under Local Rule IA 10-1(d), the Court may strike any document that does not conform to an applicable provision of the Local Rules or any Federal Rule of Civil Procedure. Under Federal Rule of Civil Procedure 12(f), the Court may strike from a pleading any redundant, immaterial, impertinent, or scandalous matter. Upon review, the Court finds that at the very least, Plaintiff's motions are redundant to his complaint. The Court will strike these documents from the record.

//
//
//
//

1

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the Clerk shall STRIKE Plaintiff's motions for relief |
| 2 | (ECF Nos. 16, 26, and 31). |
| 3 | DATED: May 1, 2017. |

_____
C.W. Hoffman, Jr.
United States Magistrate Judge