# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

NICK M. ELTIZAM,

    Plaintiff,

v.

CITY OF LAS VEGAS and LAS VEGAS POLICE DEPARTMENT,

    Defendants.

Case No. 2:16-cv-01178-APG-CWH

**ORDER DENYING MOTION**

(ECF No. 35)

    Plaintiff Nick Eltizam alleges that the defendants gave him a ticket for disturbing the peace and he was subsequently put in jail for four months and six days. ECF No. 4 at 4. I previously granted defendant Las Vegas Metropolitan Police Department's motion for summary judgment based on the rule announced in *Heck v. Humphrey*, that if a judgment in the plaintiff's favor "would necessarily imply the invalidity of his conviction or sentence . . . the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated." 512 U.S. 477, 487 (1994). ECF No. 33.

    Eltizam filed a document that I construe as a motion for reconsideration. ECF No. 35. Eltizam does not provide any basis for concluding that his civil claims against the Las Vegas Metropolitan Police Department are not barred by *Heck*. I therefore deny the motion.

    IT IS THEREFORE ORDERED that plaintiff Nick Eltizam's motion **(ECF No. 35) is DENIED**.

    DATED this 2nd day of August, 2017.

                                    ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE